IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**RECEIVED**

Cedrick D. Johnson 159980
Full name and prison number
of plaintiffs(s)

2014 MAR 17 P 1:22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. 2:14-CV-182-MEF-TFM
(To be supplied by Clerk of
U.S. District Court)

Butch Calloway
Stanford Westley
Danny Donovan

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Cedrick D. Johnson

            Defendant(s) Leeposey Daniels, Kim Thomas

        2.  Court (if federal court, name the district? if
            state court, name the county) Circuit Court of
            Montgomery County

3.  Docket number CV-2012-428

4.  Name of judge to whom case was assigned William A. Shashy

5.  Disposition (for examples  Was the case dismissed? Was it appealed?  Is it still pending?) Summary Judgment

6.  Approximate date of filing lawsuit April 17, 2012

7.  Approximate date of disposition August 29, 2012

II. PLACE OF PRESENT CONFINEMENT Donaldson Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Elmore Correctional Facility / Central Meat Warehouse

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                           ADDRESS
1. Butch Calloway                Central Warehouse Meat Division
2. Stanford Westley              Marion Spillway Rd.
3. Danny Donovan                 Elmore, Al. 36025
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 8, 2012

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Failure to provide and maintain a safe workplace and safe equipment

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On March 8, 2012 while working on my job assignment at the AL.D.O.C. Central Warehouse Meat Processing Division, I inmate Cedrick Johnson was training another inmate on how to clean a Meat-Mixer machine, when the sleeve of my (Continue on add. page)

GROUND TWO: Failure to abide by all the rules and regulations, and policy of ADOC and state and Federal laws.

SUPPORTING FACTS: There was a failure to abide by all the rules and regulations, and policy: 1) Because inmate was not properly trained to operate machine by supervisors, infact another inmate instructed inmate Johnson on how to operate machine. 2) Because in order for a machine (Continue on add. page)

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To order defendants to compensate plaintiff for injuries and pain and suffering, and to fix all machines as required by law.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ____March 9, 2014____.
                        (Date)




_____
Signature of plaintiff(s)

Sworn to and subscribed on 9th day of March, 2014

My executing expires  MY COMMISSION EXPIRES OCTOBER 24, 2018

Notary

(Continue on Ground One)
state issued coat became entangled in the rotating arms of the machine severely injuring my right arm. There was a failure to provide and maintain a safe workplace and safe equipment because of supervisors Butch Calloway, Danny Donovan, and Standford Westly failure to maintain and/or repair the safety guards on the machine that caused said injury. In which they acted in bad faith when they instructed inmate to operate machine with safety guards that had been removed.


(Continue on Ground Two)
to operate properly and safely all safety guards and devises must be in place and operating properly. The failure to train inmate properly and the failure of maintaining machines functions properly and safely constitutes a failure to abide by the rules and regulations and policy of ADOC and state and Federal laws.

Cedrick Johnson
Donaldson Corr. Facility
100 Warrior Lane
Bessemer, Al. 35023

BIRMINGHAM
AL 350
14 MAR '14
PM 5 L



02 1P         $000.90
0000807944   MAR 13 2014
MAILED FROM ZIP CODE 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Middle District Court
Clerk: Debra P. Hackett
B110 Frank M. Johnson Jr.
Courthouse Complex
One Church Street
P.O. Box 711
Montgomery, Alabama 36101

**LEGAL ONLY**