IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC D. JOHNSON, #159 980, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:14-CV-182-WHA |
| | ) [WO] |
| BUTCH CALLOWAY, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On February 3, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 41. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (Doc. 33) is GRANTED;

2. Plaintiff's pendent state law claims are DISMISSED without prejudice;

3. This case is DISMISSED with prejudice;

Final Judgment will be entered accordingly.

Done, this 22nd day of February, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE